IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JACQUELINE D. STOKES,<br>Plaintiff<br><br>v.<br><br>ALEJANDRO MAYORKAS,<br>Defendant. | Civil Action No. 3:15-CV-1178-K |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice, with no party considered a prevailing party. Each party will bear its own costs and attorney's fees (except as the parties otherwise may agree in writing between them).

STIPULATED:

SCHLEICHER LAW FIRM, PLLC

*/s/ David R. Schleicher*

David R. Schleicher
Texas Bar No. 17753780
424 Clay Ave., #32688
Waco, TX 76703
Telephone: 254-776-3939
Facsimile: 254-776-4001
Email: david@gov.law

Attorneys for Plaintiff

PRERAK SHAH
Acting United States Attorney

*/s/ Kenneth G. Coffin*

Kenneth G. Coffin
Assistant United States Attorney
Texas State Bar No. 24076986
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8646
Facsimile: 214-659-8807
Kenneth.Coffin@usdoj.gov

Attorneys for Defendant